John MARSDEN

v.

PEERLESS INSURANCE COMPANY.

No. 79–443–A.

Supreme Court of Rhode Island.

Jan. 24, 1980.

Joseph A. Capineri, Pawtucket, for plaintiff.

Gunning, LaFazia & Gnys, Inc., Lincoln C. Almond, Providence, for defendant.

### ORDER

The defendant's motion to dismiss this appeal as premature is granted.

DORIS, J., did not participate.